# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**HUSHTINE BRACEWELL,**
Appellant,

v.

**ZF MARINE PROPULSION SYSTEMS MIRAMAR, LLC,**
Appellee.

No. 4D2025-2098

[April 1, 2026]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Martin J. Bidwill, Judge; L.T. Case No. 062024CA007145AXXXCE.

Jason S. Remer of Remer, Georges-Pierre & Hoogerwoerd, PLLC, Coral Gables, for appellant.

Richard A. Beauchamp and Benjamin P. Bean of Panza, Maurer & Maynard, P.A., Fort Lauderdale, for appellee.

PER CURIAM.

*Affirmed. See Aleu v. Nova Southeastern Univ., Inc.*, 357 So. 3d 134 (Fla. 4th DCA 2023).

LEVINE, FORST and SHEPHERD, JJ., concur.

\*          \*          \*

***Not final until disposition of timely-filed motion for rehearing.***